UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESWEET CREATIONS, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CATALENT WELLNESS CALIFORNIA, LLC, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-06521-SK<br><br>**NOTICE OF QUESTIONS FOR HEARING** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD, PLEASE TAKE NOTICE OF THE FOLLOWING QUESTIONS FOR THE HEARING SCHEDULED ON NOVEMBER 24, 2025, AT 9:30 A.M.  The Court intends to address the questions below at the hearing.  The Court advises the parties that it will not accept written answers to these questions.

The parties shall be prepared to address the following questions at the hearing:

1. What is the status of the motion to compel currently before the Institute for Conflict Prevention & Resolution ("ICPR") in New York?  By when do the parties expect a ruling on the motion to compel?

2. In opposition to the motion to stay, Plaintiff argues that the question of arbitrability should be decided by this Court.  Defendants argue that Plaintiff did not contest the authority of ICPR to determine arbitrability.

    a. Is that accurate?  If not, where specifically did Plaintiff contest the ICPR's ability to decide the arbitration?

    b. If Plaintiff did not contest the authority of ICPR to determine arbitrability, why has not Plaintiff waived this issue?

    c. To the extent Plaintiff contends that this Court should determine

1         arbitrability, there is currently no motion presenting the question of whether

2         the ICPR proceeding may continue. On what basis and through what

3         method could the Court determine arbitrability?

4   3.  If the ICPR grants the motion to compel, what portion, if any, of Plaintiffs claims

5      in this Court should proceed pending the ICPR proceedings?

6   4.  If the Court denies the motion to stay *and* the ICPR grants the motion to compel,

7      how should this Court proceed in this action?

**IT IS SO ORDERED**.

Dated: November 17, 2025



SALLIE KIM
United States Magistrate Judge