UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESWEET CREATIONS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CATALENT WELLNESS CALIFORNIA, LLC, et al.,<br><br>　　　　　Defendants. | Case No. 25-cv-06521-SK<br><br>**ORDER REGARDING INTERNATIONAL INSTITUTE FOR CONFLICT PREVENTION AND RESOLUTION PROCEEDINGS** |

At the hearing on the pending motion to stay filed by Defendants, the parties informed the Court that the Arbitrator with the Institute for Conflict Prevention & Resolution ("ICPR") in New York issued an Arbitrator Order on the arbitrability of the parties' disputes. The parties provided a copy of the Arbitrator Order to the Court. That Arbitrator Order is attached as Exhibit A to this Order. The ICPR held that disputes regarding purchase orders and deliveries after March 2023. For purchase orders and deliveries before March 2023, the Arbitrator directed the parties to meet and confer to evaluate whether they wish to enter into an agreement on the pre-March 2023 disputes, provide a more complete record to the Arbitrator, or to agree to resolve them in some other manner. By no later than December 6, 2025, the parties are supposed to inform the Arbitrator what they decided through their meeting and conferring. (Ex. A.)

By no later than December 10, 2025, the Court HEREBY DIRECTS the parties to provide a copy to the Court of what they provide to the Arbitrator in response to the Arbitrator Order. In

///

///

///

///

addition, the parties shall provide their best estimate of by when they expect to receive some resolution from the Arbitrator on whether the pre-March 2023 disputes are arbitrable.

**IT IS SO ORDERED**.

Dated: December 3, 2025



SALLIE KIM
United States Magistrate Judge