UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BESWEET CREATIONS, INC. D/B/A SUGARBEAR VITAMIN CARE, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>CATALENT WELLNESS CALIFORNIA, LLC, a California limited liability company; CATALENT WELLNESS, LLC, a Delaware limited liability company; CATALENT PHARMA SOLUTIONS, LLC, a Delaware limited liability company; CATALENT PHARMA SOLUTIONS, INC., a Delaware corporation; and CATALENT INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:25-cv-06521-SK<br><br>**ORDER REGARDING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO LOCAL RULE 79-5(C) [DKT. NO. 27]**<br><br>Complaint filed on: August 1, 2025 |

Case No.: 3-25-cv-06521-SK                    - 1 -                    ORDER ON DEFENDANTS' MOTION TO FILE UNDER SEAL

The Court has reviewed Defendants' Administrative Motion to File Under Seal Pursuant to Local Rule 79-5(c). (*See* Dkt. No. 27).  The Court GRANTS IN PART and DENIES IN PART Defendants' motion.  The Court GRANTS the motion to seal as to the following:

| Mock Decl. Ex. 1 | Catalent's Demand for Arbitration & Statement of Claim (Mar. 15, 2025) | Portions of Paragraphs 1, 6, 12, 13, 16, 27, Requested Relief. |
|---|---|---|
| Mock Decl. Ex. 2 | BeSweet's Second Amended Notice of Defense and Counterclaims (Aug. 13, 2025), Amended Notice of Defense and Counterclaims (July 25, 2025), and Original Notice of Defense and Counterclaims (May 15, 2025) | Second Amended Notice of Defense and Counterclaims – Portions of Paragraph  1, 16, 62, 71, 73, 122, 123, 148, 159, 229  Amended Notice of Defense and Counterclaims – Portions of Paragraphs 1, 14, 60, 69, 71, 120, 121, 145, 157, 227  Notice of Defense and Counterclaims – Portions of Paragraphs 1, 13, 51, 60, 61, 107, 115, 116, 130, 188 |
| Mock Decl. Ex. 3 | Catalent's Motion to Compel Third Party Review of Quality Claims (Sept. 11, 2025) | Portions of Pages 1, 2 |
| Mock Decl. Ex. 4 | BeSweet's Opening Brief for a Ruling that the Parties' Dispute is Not Subject to Arbitration (Sept. 11, 2025) | Portions of Page 12 |
| Polonski Decl. Ex. 1 | Purchase Order ("PO") 2158 (Sept. 6, 2023) | The highlighted numbers on Page 1 |
| Polonski Decl. Ex. 5 | Catalent Email Acknowledging Multiple BeSweet POs (April 11, 2023) | The highlighted numbers on Pages 1-2 |
| Polonski Decl. Ex. 6 | Catalent Email Acknowledging Multiple BeSweet Pos (Feb. 9, 2023) | Portions of Page 1 |
| Polonski Decl. Ex. 7 | Catalent Email Acknowledging BeSweet PO 2078 (Mar. 8, 2023) | Portions of Page 1 |
| Polonski Decl. Ex. 8 | Catalent Email Acknowledging BeSweet PO 2087 (April 11, 2023) | Portions of Page 1 |
| Polonski Decl. Ex. 9 | Catalent Email Acknowledging BeSweet PO 2114 (May 17, 2023) | Portions of Page 2 |

| Polonski Decl. Ex. 10 | Catalent Email Acknowledging Multiple BeSweet POs (December 28, 2023) | The highlighted numbers on Portions of Page 1; the highlighted portions on Pages 4-5 |
|---|---|---|
| Polonski Decl. Ex. 11 | BeSweet's Email re Catalent's Acknowledgement for PO 2114 (May 17, 2023) | Portions of Page 2 |
| Polonski Decl. Ex. 12 | BeSweet's Email re Catalent's Acknowledgement for Multiple POs (Dec. 29, 2023) | The highlighted numbers on Portions of Page 1; the highlighted portions on Pages 2, 6-7 |
| Polonski Decl. Ex. 13 | BeSweet's Email re Catalent's Acknowledgement for Multiple POs (Sept. 7, 2023) | The highlighted numbers on Portions of Pages 1, 6 |

Defendants' requests to seal as to Exhibits 14, 16, 17, and 18 are still too broad. By no later than February 6, 2026, Defendants shall submit a request to seal that is limited to the confidential terms within the attached agreements. The Court RESERVES RULING on Exhibits 14, 16, 17, and 18.

The Court DENIES Defendants' motion to seal as to the remainder.

At the Case Management Conference, the parties were directed to file a declaration regarding the stipulated protective order in accordance with the Court's Standing Order. The parties have not yet done so. By no later than February 6, 2026, the parties shall file the required declaration or the stipulated protective order will be denied.

**IT IS SO ORDERED.**

Dated January 29, 2026

By: _SALLIE KIM_
SALLIE KIM
United States Magistrate Judge