UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BESWEET CREATIONS, INC.,

        Plaintiff,

      v.

CATALENT WELLNESS CALIFORNIA, LLC, et al.,

        Defendants.

Case No. 25-cv-06521-SK

**ORDER ON DISCOVERY DISPUTE**

Regarding Docket No. 61

Plaintiff Besweet Creations, Inc., d/b/a Sugarbear Vitamin Care, ("Plaintiff") brings this discovery motion to compel Defendants Catalent Wellness California LLC, Catalent Wellness LLC, Catalent Pharma Solutions, LLC, Catalent Pharma Solutions, Inc., and Catalent, Inc. ("Defendants") to conduct key word searches of certain custodians' emails in response to Request for Production of Document 2, 3, 4, and 8. Defendants completely refused to conduct any key word searches. Plaintiff suggests several search terms and conditions. (Dkt. No. 61 at pages 3-4.) Plaintiff also sent an ESI protocol to Defendants, but Defendants refused to enter into an ESI protocol. Defendants argue that they should not be required to conduct key word searches and that further discovery should be stayed while the motion for judgment on the pleadings is concluded or Plaintiff identifies the specific products that it claims to be defective.

The Court finds that the discovery sought is appropriate under Fed,R,Civ.P. 26. Furthermore, Defendants' reliance on individuals' memories to search their electronic records is not a supportable position in modern discovery. Furthermore, delaying discovery is not justified.

The Court DENIES the request to stay further discovery. The Court ORDERS Defendants to conduct searches using key words. The Court will provide the parties with time to negotiate the ESI protocol and to negotiate the search terms. It appears as though the parties agree upon the

custodians, but if they do not, they can negotiate those as well.  By April 1, 2026, if the parties do not agree upon the ESI protocol, the search terms, or custodians, they may submit their competing proposals, with no further commentary other than the source of the ESI protocol, to the Court. The Court will then choose an ESI protocol, the search terms, and custodians, if necessary.

**IT IS SO ORDERED**.

Dated: March 17, 2026

_____

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2