UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| BESWEET CREATIONS, INC. D/B/A SUGARBEARPRO, a Florida corporation,<br><br>Plaintiff,<br><br>v.<br><br>CATALENT WELLNESS CALIFORNIA, LLC, a California limited liability company; CATALENT WELLNESS, LLC, a Delaware limited liability company; and CATALENT INC., a Delaware corporation,<br><br>Defendants. | Case No. 3:25-cv-06521-SK<br><br>*Assigned to the Hon. Sallie Kim*<br>*Dept.: Ctrm. C - 15th Fl.*<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND THE MEDIATION DEADLINE**<br><br>*[Filed concurrently with Stipulated Request to Extend the Mediation Deadline]*<br><br>Location:   Courtroom C - 15th Fl.<br>Judge:       Honorable Sallie Kim<br><br>Complaint Filed:   August 1, 2025<br>Trial:                   August 3, 2027 |

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No.: 3:25-cv-06521-SK

## ORDER GRANTING STIPULATED REQUEST TO EXTEND THE MEDIATION DEADLINE

The Court HEREBY GRANTS the parties' stipulated request to CONTINUE their mediation deadline as modified.  The Court CONTINUES the deadline to July 10, 2026.  However, the Court notes that the parties created the situation requiring an extension without first seeking leave of Court.  The parties should have requested to continue the mediation deadline *before* agreeing on their own to continue the scheduling call until just before their mediation deadline.

**IT IS SO ORDERED.**

Dated: May 4, 2026

HON. SALLIE KIM
United States Magistrate Judge

ARENTFOX SCHIFF LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Case No.: 3:25-cv-06521-SK                    - 2 -                    ORDER GRANTING STIPULATED
REQUEST TO EXTEND MEDIATION
DEADLINE