UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BESWEET CREATIONS, INC.,<br>Plaintiff,<br>v.<br>CATALENT WELLNESS CALIFORNIA, LLC, et al.,<br>Defendants. | Case No. 25-cv-06521-SK<br>**ORDER OF DISMISSAL**<br>Regarding Docket No. 100 |

The Court granting the motion to dismiss filed by Defendants Catalent Wellness California, LLC, Catalent Wellness, LLC, Catalent Pharma Solutions, LLC, Catalent Pharma Solutions, Inc., and Catalent Inc. (collectively, "Catalent") and dismissed the First Amended Complaint ("FAC") filed by Plaintiff BeSweet Creations, Inc. d/b/a SugarbearPRO ("BeSweet"). The Court dismissed BeSweet's claims for fraud, fraudulent inducement, and negligent misrepresentation with prejudice and dismissed BeSweet's contract-related claims and its equitable claims with leave to amend. The Court provided BeSweet until September 8, 2026, to file an amended complaint with BeSweet's contract-related claims and its equitable claims, if it elected to do so. This deadline has passed and, to date, BeSweet has not filed an amended complaint. Therefore, the Court HEREBY DISMISSES this action. The Court will issue a separate judgment. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: September 9, 2026

Sallie Kim

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California